

**OFFICE OF GENERAL COUNSEL**

180 Howard Street, San Francisco, CA 94105

james.chang@calbar.ca.gov
415-538-2381

April 29, 2021

**VIA ECF**

Clerk of the Court
United States District Court, Central District of California
350 W. 1st Street, Suite 4311
Los Angeles, CA 90012-4565

RE: *California Supreme Court et al. v. Ringgold et al.*
**NOTICE TO CLERK OF PRE-FILING ORDER BARRING REMOVAL**

Dear Clerk:

This letter is to notify the Court that Nina Ringgold is subject to a pre-filing order issued by this Court on September 1, 2020, in Case No. 2:20-cv-07842-GW-MRW, Dkt. 18, a true and correct copy of which is attached hereto. The order bars Ms. Ringgold from filing any notice of removal of a California State Bar Court matter to this Court without prior Court approval, stating in relevant part:

**"PRE-FILING ORDER:** Before filing any notice of removal of a California State Bar Court matter, Nina Ringgold must first file a motion with the Court seeking leave to file a notice of removal. Any such motion must include: (1) a copy of this Order, and (2) a copy of the proposed filing. **The Clerk of the Court shall not accept for filing any further notices of removal of a California State Bar Court from Ringgold unless accompanied by an order from a judge of this district granting leave to file the removal papers.** Any notice of removal filed by Ringgold without such an order of prior approval from a judge of this district shall be deemed invalid and ineffective and the State Bar Court shall not be divested of jurisdiction due to the filing of such invalid notice of removal." (emphasis added)

Therefore, the State Bar respectfully requests that the Clerk close this matter as having been filed erroneously.

Respectfully submitted,
/s/
James J. Chang
Assistant General Counsel

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

Case 2:21-cv-03664 Document 1 Filed 04/28/21 Page 2 of 3 Page ID #:12
Case 2:20-cv-07842-GW-MRW Document 18 Filed 09/01/20 Page 1 of 29 Page ID #:2670

JS-6

1  VANESSA L. HOLTON (111613)
   General Counsel
2  ROBERT G. RETANA (148677)
   Deputy General Counsel
3  JAMES J. CHANG (287008)
   Assistant General Counsel
4  OFFICE OF GENERAL COUNSEL
5  THE STATE BAR OF CALIFORNIA
   180 Howard Street
6  San Francisco, CA 94105-1639
   Tel: (415) 538-2381
7  Fax: (415) 538-2321
8  Email: james.chang@calbar.ca.gov

9  Attorneys for Plaintiff State Bar of California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STATE BAR OF CALIFORNIA, et al.<br><br>Plaintiff,<br><br>v.<br><br>NINA R. RINGGOLD, ESQ., et al.<br><br>Defendant. | Case No. CV 20-7842-GW-MRWx<br><br>Related Cases:<br><br>CV 15-2159-GW-MRW<br>CV-19-301-GW-MRWx<br><br>**ORDER GRANTING *EX PARTE* EMERGENCY APPLICATION FOR REMAND OF IMPROPERLY REMOVED MATTER AND PRE-FILING ORDER BARRING FURTHER NOTICES OF REMOVAL OF STATE BAR MATTERS BY DEFENDANT NINA RINGGOLD** |

1    For the reasons stated by this Court in its prior orders (Case No. CV 15-2159-GW-MRW, Dkt. 31 and Case No. CV-19-301-GW-MRWx, Dkt. 39), the Court concludes that the underlying State Bar matter is not removable to federal court.  This Court lacks jurisdiction to hear State Bar Court case number 09-O-13090.  The matter is therefore remanded/returned to the California State Bar Court for further proceedings.  The Clerk is directed to promptly transmit the order of remand to the Clerk of the California State Bar Court.

   The Court further finds that Defendant's removal attempt is in bad faith and that it is necessary to issue a pre-filing order to prevent further abuse of the removal process by Defendant in connection with her State Bar matters.  The Court has previously warned Defendant "that her continued use of the Federal courts as a delaying tactic in her State Bar Court proceeding will not be met with such leniency."  (Case No. CV-19-301-GW-MRWx, Dkt. 39).  Despite this notice, Defendant proceeded to file a third frivolous notice of removal.  To prevent recurrence of this improper tactic, the Court hereby orders as follows:

**PRE-FILING ORDER:**  Before filing any notice of removal of a California State Bar Court matter, Nina Ringgold must first file a motion with the Court seeking leave to file a notice of removal.  Any such motion must include: (1) a copy of this Order, and (2) a copy of the proposed filing.  The Clerk of the Court shall not accept for filing any further notices of removal of a California State Bar Court from Ringgold unless accompanied by an order from a judge of this district granting leave to file the removal papers.  Any notice of removal filed by Ringgold without such an order of prior approval from a judge of this district shall be deemed invalid and ineffective and the State Bar Court shall not be divested of jurisdiction due to the filing of such invalid notice of removal.

**IT IS SO ORDERED.**

Dated: September 1, 2020

HONORABLE GEORGE H. WU
United States District Judge

2

[Proposed] Order Granting Ex Parte Application for Remand and Pre-Filing Order        CASE NO. 2:20cv-07842